**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____ Chapter  7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | BL Adams, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-1956264 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** 232 Fields Dr. Aberdeen, NC 28315 Number, Street, City, State & ZIP Code  Moore County | **Mailing address, if different from principal place of business** 503 S. Glenwood Trl. Southern Pines, NC 28387 P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor  BL Adams, LLC  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7  
☐ Chapter 9  
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.  
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

Debtor  BL Adams, LLC
        Name                                                                Case number (*if known*)

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    BL Adams, LLC      Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 28, 2017
               MM / DD / YYYY

**X**   /s/ Bruce Adams                Bruce Adams
     Signature of authorized representative of debtor      Printed name

Title     

**18. Signature of attorney**

**X**   /s/ Stephanie L. Osborne          Date   August 28, 2017
     Signature of attorney for debtor               MM / DD / YYYY

Stephanie L. Osborne
Printed name

Northen Blue, L.L.P.
Firm name

1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
Number, Street, City, State & ZIP Code

Contact phone   (919) 968-4441      Email address

29374
Bar number and State

```
Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


Advanced Plating
1425 Cowan Ct.
Nashville, TN 37207


Advantage Professional
PO Box 742063
Atlanta, GA 30374-2063


American Express
PO Box 297871
Fort Lauderdale, FL 33329


Bala Ramamoorthy
9030 Congressional Pkwy
Potomac, MD 20854


Barnes Motor & Parts
2728 Forest Hills Rd.
PO Box 1207
Wilson, NC 27894


BB&T
2713 Forest Hills Rd. SW
Wilson, NC 27893


BB&T
2713 Forest Hills Rd. SW
Wilson, NC 27893
```

Bill Knape
Clinpathways
2080 Peak Pl.
Ontario, Canada
L6H5T2


Bob Chandler
804 Southwind Villas
5310 N. Ocean Blvd
Myrtle Beach, SC 29577


Bob Smith
2 Montgomery Pl.
Decatur, IL 62522


Brad Brady
2601 Causeway Dr.
Henrico, VA 23233


Business First Insurance Company
PO Box 32034
Lakeland, FL 33802


Capital One
PO Box 85015
Richmond, VA 23285


Cervelat Capital
8605 Santa Monica Blvd.
#35697
West Hollywood, CA 90069


Chase
PO Box 15153
Wilmington, DE 19886-5153


Chris Nast
189 Gomez Rd.
Hobe Sound, FL 33455


CHTD Company
PO Box 2576
Springfield, IL 62708

Custom Chrome Plating
PO Box 125
963 Mechanics St.
Grafton, OH 44044


Dave Doughty
HAVTECH Baltimore
5901 Ammendale Rd.
Beltsville, MD 20705


David Wherly
112 The Strand
Manhattan Beach, CA 90266


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090


Employment Security Commission
PO Box 26504
Raleigh, NC 27611


Farshid Arshid
2144 Millennium Way NE
Atlanta, GA 30319


Francisco Lira
19445 West Lake Dr.
Hialeah, FL 33015


Gist Heinrich
157 Chenault Rd.
Lexington, KY 40502


Heritage Upholstery
1130 N. Valdira Way
Unit B
Palm Springs, CA 92262


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

IRS
Kinston Bldg
c/o Vanessa Johnson
Greensboro, NC 27407


James Person
3773 Cherry Creek Dr. N.
Ste. 780
Denver, CO 80209


Jenny Petriken
JP Designs, LLC
3801 Trimble Rd.
Nashville, TN 37215


Joe Mantooth
210 Bud Ct
Fort Mill, SC 29715


Melissa Ceriale
13 Prospect Rd.
Westport, CT 06880


Mike Dixon
155 Bridle Path
Pinehurst, NC 28374


Miklos Bende
714 Midwest Club Pkwy
Oak Brook, IL 60523


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327


Nelson Fernandes
4260 Ingraham Hwy
Miami, FL 33133


North Carolina Dept of Revenue
P O Box 25000
Raleigh, NC 27640

Paul Tomey
423 7th Ave.
Saint Petersburg, FL 33715


PayPal Credit
c/o Comenity Capital Bank
Attn: Managing Agent
PO Box 5138
Timonium, MD 21094


Rockwell Towing
145 Carolina Rd.
Aberdeen, NC 28315


Shahab Abdessalam
105 North 54th St.
Omaha, NE 68132


Steve Fischer
18400 Gulf Blvd. Apt. 1101
Indian Rocks Beach, FL 33785


Twin State Park Co.
318 E. 2nd St.
PO Box 727
Lumberton, NC 28359


Ward Brown
313 Lake Valley Dr.
Franklin, TN 37069

# United States Bankruptcy Court
## Middle District of North Carolina

In re   BL Adams, LLC                                   Case No.
                          Debtor(s)                     Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   BL Adams, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 28, 2017                         /s/ Stephanie L. Osborne
Date                                    Stephanie L. Osborne 29374
                                        Signature of Attorney or Litigant
                                        Counsel for   BL Adams, LLC
                                        Northen Blue, L.L.P.
                                        1414 Raleigh Road, Suite 435
                                        P.O. Box 2208
                                        Chapel Hill, NC 27515-2208
                                        (919) 968-4441