Form 140

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 17−80693

IN THE MATTER OF:
BL Adams, LLC     47−1956264
503 S. Glenwood Trl.
Southern Pines, NC 28387

　　Debtor(s)

TO THE DEBTOR AND PARTIES IN INTEREST:

**TAKE NOTICE** that a Motion/Request for an Extension of Time to File Schedules and/or Statement of Affairs has been filed with the court by the above−named debtor. The Motion requests an extension of time <u>September 25, 2017</u>

**TAKE FURTHER NOTICE** that any interested party desiring to object to the request for an extension must file a written objection with the court at the address given below within seven (7) days from the date of this notice and serve a copy on the debtor and debtor(s) attorney.

If no objections are timely filed, the Court will consider this motion without a hearing. If objections are timely filed, a hearing will be scheduled before the Court.

**COURT ADDRESS:**
U.S. Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401


Dated: 9/12/17                                                                                                    OFFICE OF THE CLERK/gpl